UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD BARTON,<br>JOANNA M. RIEDL,<br>NICHOLAS W. HAMILTON,<br>DAVID HORNBLOWER,<br>CARLA TOMLINSON,<br><br>       Plaintiffs,<br><br>    v.<br><br>LVI GLOBAL, LLC,<br>STEVE GALELLA, D.D.S.,<br>ORTHOMATRIX CORP., INC.,<br>JOHN'S DENTAL LABORATORY, INC.,<br><br>       Defendants. | No. 1:21-cv-02256-SEB-DLP |

## **ENTRY**

The newly filed Complaint [Dkt. 1] filed in this action states "Venue is proper in this district because a substantial part of the events or omissions giving rise to the claim occurred in Indiana and because John's Dental is an Indiana entity with a principal place of business in Terre Haute, Indiana".  The Complaint was filed in the Indianapolis Division. Therefore, the clerk is directed to re-docket this action to the Terre Haute Division. *See* 28 U.S.C. § 94(b)(3). Assignment of judicial officers to the re-docketed action shall be by random draw.

    IT IS SO ORDERED.

Date: 8/20/2021

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Alan C. Milstein
SHERMAN SILVERSTEIN KOHL ROSE & PODOLSKY
amilstein@shermansilverstein.com